# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ACA CONNECTS – AMERICA'S COMMUNICATIONS ASSOCIATION; <br><br> CTIA – THE WIRELESS ASSOCIATION®; <br><br> NCTA – THE INTERNET & TELEVISION ASSOCIATION; and <br><br> USTELECOM – THE BROADBAND ASSOCIATION, <br><br>    Plaintiffs, <br><br>  v. <br><br> AARON FREY, in his official capacity as Attorney General of the State of Maine; <br><br> PHILIP L. BARTLETT II, in his official capacity as Chairman of the Maine Public Utilities Commission; <br><br> R. BRUCE WILLIAMSON, in his official capacity as Commissioner of the Maine Public Utilities Commission; and <br><br> RANDALL D. DAVIS, in his official capacity as Commissioner of the Maine Public Utilities Commission, <br><br>    Defendants. | Case No. 1:20-cv-00055-LEW |

### PLAINTIFFS' NOTICE OF DISMISSAL OF PUC DEFENDANTS WITHOUT PREJUDICE

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ACA Connects –

America's Communications Association, CTIA – The Wireless Association®, NCTA – The

Internet & Television Association, and USTelecom – The Broadband Association (collectively

the "Plaintiffs"), through their undersigned attorneys, hereby stipulate to the dismissal of Defendants Philip L. Bartlett, II, R. Bruce Williamson, and Randall D. Davis, each in their official capacities as Chairman and Commissioners, respectively, of the Maine Public Utilities Commission (collectively the "PUC DEFENDANTS") as follows.

WHEREAS, Defendant Aaron Frey, in his official capacity as the Attorney General for the State of Maine (the "STATE DEFENDANT") has agreed that he has enforcement authority under Title 35-A M.R.S. § 9301 and, therefore, is a proper defendant in this action; and

WHEREAS, the STATE DEFENDANT and the PUC DEFENDANTS each agree that the PUC DEFENDANTS do not have enforcement authority under 35-A M.R.S. § 9301, and, as such, that the PUC DEFENDANTS are not necessary parties to this action; and

WHEREAS, the STATE DEFENDANT and the PUC DEFENDANTS have further agreed that they will not argue or assert to the contrary in the course of this litigation;

NOW, THEREFORE, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. Plaintiffs hereby notify the Court that they voluntarily dismiss the PUC DEFENDANTS from this action, without prejudice, and with all parties to bear their own attorneys' fees, expenses, charges, and costs.

Dated: March 6, 2020

Respectfully submitted,

By /s/ *Joshua A. Randlett*
    Joshua A. Randlett
    RUDMAN WINCHELL
    84 Harlow Street
    P.O. Box 1401
    Bangor, ME 04402
    Email: jrandlett@rudmanwinchell.com
    *Attorneys for all Plaintiffs*

Scott H. Angstreich*
Collin R. White*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, PLLC
1615 M St. NW, Suite 400
Washington, D.C. 20036
Email: sangstreich@kellogghansen.com

*Attorneys for Plaintiffs*
CTIA – The Wireless Association® and
USTelecom – The Broadband Association

Jeffrey A. Lamken*
MOLOLAMKEN LLP
The Watergate, Suite 600
600 New Hampshire Ave., NW
Washington, DC 20037
Email: jlamken@mololamken.com

*Attorney for Plaintiff*
ACA Connects – America's Communications Association

Helgi C. Walker*
Jacob T. Spencer*
Nick Harper*
Sarah Akhtar*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Email: hwalker@gibsondunn.com

Sarah E. Erickson-Muschko*
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202
Email: SEricksonmuschko@gibsondunn.com

*Attorneys for Plaintiff*
NCTA – The Internet & Television Association

* *admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document entitled *Plaintiffs' Notice of Dismissal of PUC Defendants Without Prejudice* via the Court's CM/ECF system, which will serve a copy of same upon all counsel of record.

DATED: March 6, 2020

                                                      /s/ *Joshua A. Randlett*
                                                    Joshua A. Randlett, Esq.