UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| ACA CONNECTS – AMERICA'S COMMUNICATIONS ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AARON M. FREY, in his Official Capacity as the Attorney General of the State of Maine,<br><br>Defendant. | CIVIL ACTION NO.: 1:20-cv-00055-LEW |

## DEFENDANT'S PARTIAL CROSS-MOTION
## FOR JUDGMENT ON THE PLEADINGS

Defendant Aaron M. Frey, under Rule 12(c) of the Federal Rules of Civil Procedure, cross moves for partial judgment on the pleadings. Specifically, Defendant moves for judgment on Plaintiffs' Third, Fourth, and Fifth Claims because Maine's Privacy Law is not preempted by federal law.

A motion for judgment on the pleadings is evaluated under substantially the same standard as that which governs a motion to dismiss. Specifically, the Court should grant the motion "if the uncontested and properly considered facts conclusively establish the movant's entitlement to a favorable judgment." *Aponte-Torres v. Univ. of P.R.*, 445 F.3d 50, 54-55 (1st Cir. 2006).

Defendant incorporates by reference the arguments set forth in his Opposition to Plaintiffs' Motion for Judgment on the Pleadings (*see* ECF No. 28). Those arguments demonstrate not only why judgment should not be granted to Plaintiffs on their preemption claims, but also why judgment should be granted to Defendant on those same claims.

Defendant accordingly respectfully requests that the Court enter judgment for Defendant on Plaintiffs' Third, Fourth, and Fifth Claims.

DATED:  May 27, 2020                                   Respectfully submitted,

AARON M. FREY
Attorney General

/s/ Jason Anton
Jason Anton
Assistant Attorney General
jason.anton@maine.gov

Christopher C. Taub
Deputy Attorney General

Paul Suitter
Assistant Attorney General

Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 27th day of May, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each of the following:

SCOTT H. ANGSTREICH
sangstreich@kellogghansen.com

SARAH E. ERICKSON-MUSCHKO
sericksonmuschko@gibsondunn.com

DENIS NICHOLAS HARPER
nharper@gibsondunn.com

JEFFREY A. LAMKEN
jlamken@mololamken.com

ALEX ATTICUS PARKINSON
aparkinson@kellogghansen.com

JOSHUA A. RANDLETT
jrandlett@rudmanwinchell.com

JACOB T. SPENCER
jspencer@gibsondunn.com

HELGI C. WALKER
hwalker@gibsondunn.com

COLLIN R. WHITE
cwhite@kellogghansen.com

SARAH AKHTAR
sakhtar@gibsondunn.com

                                            /s/ Jason Anton
                                            Jason Anton