UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ACA CONNECTS – AMERICA'S COMMUNICATIONS ASSOCIATION; <br><br> CTIA – THE WIRELESS ASSOCIATION®; <br><br> NCTA – THE INTERNET & TELEVISION ASSOCIATION; and <br><br> USTELECOM – THE BROADBAND ASSOCIATION, <br><br>                 Plaintiffs, <br><br>     v. <br><br> AARON FREY, in his official capacity as Attorney General of the State of Maine, <br><br>                 Defendant. | Civil Action No. 1:20-cv-00055-LEW |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF PAGE LIMITATION**

Pursuant to Local Rule 7(d), Plaintiffs ACA Connects – America's Communications Association, CTIA – The Wireless Association ®, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association hereby move with the consent of the Defendant for leave to file a consolidated memorandum of up to fifteen pages in length. In further support thereof, Plaintiffs state as follows.

Plaintiffs filed their Motion for Judgment on the Pleadings [ECF No. 25] on April 6, 2020. On May 27, 2020, Defendant filed a 20-page Opposition to Plaintiff's Motion for Judgment on the Pleadings [ECF No. 28], as well as a Cross-Motion for Judgment on the Pleadings that incorporated certain arguments in their opposition [ECF No. 30]. In addition, on

May 28 and June 1, 2020, four separate sets of amici curiae each filed 20-page briefs in support of Defendant. Plaintiffs have until June 10, 2020 to file their reply memorandum in support of their motion, and until June 17, 2020 to file an opposition to the Defendant's cross-motion.

If Plaintiffs were to file their reply and opposition separately, Plaintiffs would be allotted up to a total of 27 pages of briefing (i.e., 7 pages for the reply and an additional 20 pages for the opposition) under Local Rule 7(d). Rather than file the two memoranda separately, however, and in the interest of efficiency, Plaintiffs propose to file one consolidated brief that serves both purposes. The additional pages will also allow Plaintiffs to respond to the arguments in the additional 80 pages of amicus curiae briefing.

Plaintiffs have conferred with counsel for Defendant, Deputy Attorney General Christopher C. Taub, who has represented that Defendant consents to the relief sought in this motion.

In accordance with Local Rule 7(d), Plaintiffs have filed this motion at least 3 business days before the filing deadline for both their reply and their opposition. As such, this motion is timely.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and permit Plaintiffs to file a consolidated memorandum of up to 15 total pages in length.

Dated: June 2, 2020                                                         Respectfully submitted,

By *Joshua A. Randlett*

Scott H. Angstreich*  
Collin R. White *  
Alex A. Parkinson*  
KELLOGG, HANSEN, TODD, FIGEL  
& FREDERICK, PLLC  
1615 M St. NW, Suite 400  
Washington, D.C. 20036  
Email: sangstreich@kellogghansen.com

*Attorneys for Plaintiffs*  
CTIA – The Wireless Association® and  
USTelecom – The Broadband Association

Jeffrey A. Lamken*  
MOLOLAMKEN LLP  
The Watergate, Suite 600  
600 New Hampshire Ave., NW  
Washington, DC 20037  
jlamken@mololamken.com

*Attorney for Plaintiff*  
ACA Connects – America's Communications Association

* admitted *pro hac vice*

Joshua A. Randlett  
RUDMAN WINCHELL  
84 Harlow Street  
P.O. Box 1401  
Bangor, ME 1401  
Email: jrandlett@rudmanwinchell.com

Helgi C. Walker*  
Jacob T. Spencer*  
Nick Harper*  
Sarah Akhtar*  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, N.W.  
Washington, D.C.  20036  
Email:  HWalker@gibsondunn.com

Sarah E. Erickson-Muschko*  
GIBSON, DUNN & CRUTCHER LLP  
1801 California Street, Suite 4200  
Denver, CO 80202  
Email: SEricksonmuschko@gibsondunn.com

*Attorneys for Plaintiff*  
NCTA – The Internet and Television Association

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document entitled *Plaintiffs' Consent Motion For Enlargement of Page Limitation* via the Court's CM/ECF system, which will serve a copy of same upon all counsel of record.

Dated: June 2, 2020                                         *Joshua A. Randlett*_____
                                                            /s/ Joshua A. Randlett, Esq.