# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MAINE

| | |
|---|---|
| ACA CONNECTS – AMERICA'S COMMUNICATIONS ASSOCIATION, *et al.*,<br><br>　　Plaintiffs<br><br>　　v.<br><br>AARON M. FREY, in his Official Capacity as the Attorney General of the State of Maine, *et al.*,<br><br>　　Defendants. | CIVIL ACTION NO. 1:20-cv-00055-LEW |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Defendant Aaron M. Frey, by undersigned counsel, moves pursuant to Rule 7(b) of the Federal Rules of Civil Procedure to amend the Court's Scheduling Order (ECF No. 75) to enlarge the upcoming discovery deadlines for the purpose of taking expert depositions, as set forth below. Plaintiffs have consented to such extension.

There is good cause for extending the deadlines. Consistent with the Scheduling Order, the parties recently completed document discovery and exchanged expert reports. Having reviewed those reports, the parties plan to seek depositions of the designated experts. However, given the upcoming holidays; the continuing COVID-19 pandemic; and undersigned counsel's planned paternity leave, the parties anticipate needing a few months to schedule and complete those depositions.

Defendant therefore respectfully requests that the Court amend the scheduling order as follows:

**Discovery Deadline**: February 25, 2022

**Local 56(h) Notice**: March 4, 2022

**Dispositive/*Daubert*/*Kumho* motions**: March 18, 2022

**Trial Ready**: April 15, 2022

Dated: October 14, 2021

Respectfully submitted,

AARON M. FREY
Attorney General

/s/ Jason Anton
Jason Anton
Assistant Attorney General

Christopher C. Taub
Chief Deputy Attorney General

Paul Suitter
Assistant Attorney General

6 State House Station
Augusta, ME 04333-0006
Tel: (207) 626-8800
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date stated above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record in this matter.

/s/ Jason Anton
Assistant Attorney General