UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| ACA CONNECTS – AMERICA'S COMMUNICATIONS ASSOCIATION, *et al.*,<br><br>    Plaintiffs<br><br>    v.<br><br>AARON M. FREY, in his Official Capacity as the Attorney General of the State of Maine, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 1:20-cv-00055-LEW |

**CONSENT MOTION TO AMEND SCHEDULING ORDER AND SET DEADLINES AND PAGE LIMITS FOR *DAUBERT/KUMHO* MOTIONS**

    Defendant Aaron M. Frey, by undersigned counsel, moves pursuant to Rule 7(b) of the Federal Rules of Civil Procedure to amend the Court's Scheduling Order (ECF No. 78) to (1) separate the *Daubert/Kumho* and summary judgment briefing, and (2) enlarge the deadlines for each. Defendant also moves to set deadlines and page limits for *Daubert/Kumho* motions.

    There is good cause for granting the Motion. Consistent with the Scheduling Order, the parties recently completed three expert depositions. Those transcripts are currently in the review-and-sign process and will be finalized by March 23, 2022. The parties seek sufficient time to review these finalized transcripts, which in turn will inform the parties' decisions on whether to file *Daubert/Kumho* motions. The parties anticipate that at least one such motion will be filed. Further, given that the parties' summary judgment strategies will turn on the outcome of any *Daubert/Kumho* motions, the parties expect that summary judgment briefing will be more efficient if it is delayed until after any such motions are decided.

Defendant proposes the following changes to the deadlines contained in the Scheduling Order, as well as the following page limitations for *Daubert/Kumho* motions:

*Daubert/Kumho* **motions**: April 22, 2022

    **Page Limit:** 20 pages per motion

*Daubert/Kumho* **oppositions**: May 20, 2022

    **Page Limit:** 20 pages per opposition

*Daubert/Kumho* **replies:** June 3, 2022

    **Page Limit:** 7 pages per reply

**Local Rule 56(h) notice:** 7 days after *Daubert/Kumho* motions are decided

**Dispositive motions:** 45 days after *Daubert/Kumho* motions are decided

The parties have conferred, and Plaintiffs have consented to these deadline changes and page limitations. The parties are available for a conference should the Court wish to discuss Defendant's request with counsel.

Dated: March 1, 2022                    Respectfully submitted,

                                           AARON M. FREY
                                           Attorney General

                                           /s/ Jason Anton
                                           Jason Anton
                                           Assistant Attorney General

                                           Christopher C. Taub
                                           Chief Deputy Attorney General

                                           Paul Suitter
                                           Assistant Attorney General

                                           6 State House Station
                                           Augusta, ME  04333-0006
                                           Tel: (207) 626-8800
                                           Attorney for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on the date stated above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record in this matter.

                            /s/ Jason Anton
                            Assistant Attorney General