UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| ACA CONNECTS – AMERICA'S COMMUNICATIONS ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AARON M. FREY, in his Official Capacity as the Attorney General of the State of Maine,<br><br>Defendant. | CIVIL ACTION NO. 1:20-cv-00055-LEW |

**DEFENDANT'S NOTICE OF INTENT TO
MOVE FOR SUMMARY JUDGMENT**

Pursuant to L.R. 56(h)(2) and this Court's March 7, 2022 Order (ECF No. 84), Defendant Aaron Frey submits this Notice of Intent to Move for Summary Judgment on all remaining counts and respectfully requests that the Court issue the appropriate procedural order regarding the need for a pre-filing conference with a judicial officer.

Defendant further respectfully requests that the pre-filing conference be scheduled for no earlier than September 19, 2022, to afford the parties sufficient time to continue discussing a proposed briefing schedule, page limits, and other logistics.

DATED: August 24, 2022                     Respectfully submitted,

AARON M. FREY
Attorney General

/s/ Jason Anton
Jason Anton
Assistant Attorney General
jason.anton@maine.gov

Christopher C. Taub
Chief Deputy Attorney General

Paul Suitter
Assistant Attorney General

Six State House Station
Augusta, Maine 04333-0006
Tel. (207) 626-8800
Fax (207) 287-3145

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 24th day of August, 2022, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will serve a copy of such document upon all counsel of record.

/s/ Jason Anton
JASON ANTON
Assistant Attorney General