ACA CONNECTS – AMERICA'S
COMMUNICATIONS ASSOCIATION;

CTIA – THE WIRELESS ASSOCIATION®;

NCTA – THE INTERNET & TELEVISION
ASSOCIATION; and

USTELECOM – THE BROADBAND
ASSOCIATION,

          Plaintiffs,

v.

AARON FREY, in his official capacity as
Attorney General of the State of Maine,

          Defendant.

Civil Action No. 1:20-cv-00055-LEW

## UNOPPOSED MOTION TO ENLARGE DEADLINE PURSUANT TO LOCAL RULE 56(h)

Plaintiffs, through undersigned counsel, move pursuant to Rule 7(b) of the Federal Rules of Civil Procedure to enlarge the deadline for Plaintiffs to file their notice of intent to move for summary judgment, pursuant to Local Rule 56(h), by 7 days, to September 1, 2022. By Order dated March 7, 2022 (ECF No. 84), the Court set this deadline at 7 days after the Court's ruling on any *Daubert/Kumho* motions. The Court issued an Order on Motions to Exclude Expert Testimony on August 18, 2022 (ECF No. 96), making the present Rule 56(h) deadline August 25, 2022.

Defendant has stated it does not oppose enlargement of Plaintiffs' Rule 56(h) deadline by 7 days, and there is good cause for enlarging the deadline. Additional time is needed for Plaintiffs'

counsel to consult with their clients and to coordinate given pre-existing summer vacation schedules.

Plaintiffs therefore respectfully request that the Court enlarge their deadline pursuant to Local Rule 56(h) by 7 days, from August 25, 2022, to September 1, 2022.

Dated: August 24, 2022

Respectfully submitted,

By *Jonathan P. Hunter*

Scott H. Angstreich*
Collin R. White*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, PLLC
1615 M St. NW, Suite 400
Washington, D.C. 20036
Email: sangstreich@kellogghansen.com

*Attorneys for Plaintiffs*
CTIA – The Wireless Association® and
USTelecom – The Broadband Association

Jeffrey A. Lamken*
MOLOLAMKEN LLP
The Watergate, Suite 600
600 New Hampshire Ave., NW
Washington, D.C. 20037
Email: jlamken@mololamken.com

*Attorney for Plaintiff*
ACA Connects – America's Communications
Association

* admitted *pro hac vice*

Jonathan P. Hunter
RUDMAN WINCHELL
84 Harlow Street
Bangor, ME 04401
Email: jhunter@rudmanwinchell.com

Joshua D. Dick*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 300
San Francisco, CA 94105
Email: JDick@gibsondunn.com

Helgi C. Walker*
Jacob T. Spencer*
Nick Harper*
Sarah Akhtar*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Email: HWalker@gibsondunn.com

Sarah E. Erickson*
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202
Email: SErickson@gibsondunn.com

*Attorneys for Plaintiff*
NCTA – The Internet & Television
Association

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document entitled *Unopposed Motion to Enlarge Deadline Pursuant to Local Rule 56(h)* via the Court's CM/ECF system, which will serve a copy of same upon all counsel of record.

Dated: August 24, 2022

*Jonathan P. Hunter*
Jonathan P. Hunter, Esq.