UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ACA CONNECTS – AMERICA'S COMMUNICATIONS ASSOCIATION;<br><br>CTIA – THE WIRELESS ASSOCIATION®;<br><br>NCTA – THE INTERNET & TELEVISION ASSOCIATION; and<br><br>USTELECOM – THE BROADBAND ASSOCIATION,<br><br>                Plaintiffs,<br><br>   v.<br><br>AARON FREY, in his official capacity as Attorney General of the State of Maine,<br><br>                Defendant. | Civil Action No. 1:20-cv-00055-LEW |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs ACA Connects – America's Communications Association, CTIA – The Wireless Association®, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association and Defendant Attorney General Aaron Frey, by and through their respective counsel, hereby stipulate to the dismissal of this action without prejudice.

1

Dated: September 2, 2022                                    Respectfully submitted,

By */s/ Jonathan P. Hunter*

    Jonathan P. Hunter
    RUDMAN WINCHELL
    84 Harlow Street
    Bangor, ME 04401
    Email: jhunter@rudmanwinchell.com

Scott H. Angstreich*
Collin R. White*
Alex A. Parkinson*
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, PLLC
1615 M St. NW, Suite 400
Washington, D.C. 20036
Email: sangstreich@kellogghansen.com

    Joshua D. Dick*
    GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 300
    San Francisco, CA 94105
    Email: JDick@gibsondunn.com

*Attorneys for Plaintiffs*
CTIA – The Wireless Association® and
USTelecom – The Broadband Association

    Helgi C. Walker*
    Jacob T. Spencer*
    Nick Harper*
    Sarah Akhtar*
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    Email: HWalker@gibsondunn.com

Jeffrey A. Lamken*
MOLOLAMKEN LLP
The Watergate, Suite 600
600 New Hampshire Ave., NW
Washington, D.C. 20037
Email: jlamken@mololamken.com

    Sarah E. Erickson*
    GIBSON, DUNN & CRUTCHER LLP
    1801 California Street, Suite 4200
    Denver, CO 80202
    Email: SErickson@gibsondunn.com

*Attorney for Plaintiff*
ACA Connects – America's Communications
Association

\* admitted *pro hac vice*

    *Attorneys for Plaintiff*
    NCTA – The Internet & Television
    Association

Dated: September 2, 2022	Respectfully submitted,

        AARON M. FREY
        Attorney General

By */s/ Jason Anton*
        Jason Anton
        Assistant Attorney General
        jason.anton@maine.gov

        Christopher C. Taub
        Chief Deputy Attorney General

        Paul Suitter
        Assistant Attorney General

        Six State House Station
        Augusta, Maine  04333-0006
        Tel. (207) 626-8800
        Fax (207) 287-3145

# CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing document entitled *Joint Stipulation of Dismissal Without Prejudice* via the Court's CM/ECF system, which will serve a copy of same upon all counsel of record.

Dated: September 2, 2022                                        */s/ Jonathan P. Hunter*
                                                                                                  Jonathan P. Hunter, Esq.